UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TROY MATTHIEWS and his wife TRACEY MATTHIEWS** | **CIVIL ACTION NO:** |
| **VERSUS** | **SECTION:** |
| **CROSBY TUGS, LLC** | **RULE 9(h)** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR DAMAGES**

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Troy Matthiews and his wife Tracey Matthiews, persons of majority age, domiciled in and residents of Bayou Vista, Louisiana, with respect represent:

1.

Made defendant herein is Crosby Tugs, LLC, a Louisiana limited liability company, authorized to do and doing business in this State and judicial district at all material times.

**FOR A FIRST CAUSE OF ACTION**

2.

At all material times, plaintiff, Troy Matthiews, was employed by Daigle Towing Service, LLC as a Captain on the tug MORGAN RAY, earning $500 per day.

3.

On or about November 30, 2014, the tug MORGAN RAY was tied up on the Harvey Canal at the Daigle Towing dock.

4.

On said date, Captain Matthiews was crossing from the tug MORGAN RAY to the tug BAYROID III, when the M/V CROSBY RAMBLER passed in the Harvey Canal at an excessive rate of speed, causing an excessive wave wash, which resulted in Captain Matthiews falling between the aforementioned tugs and severely injuring his right shoulder and other parts of his body.

5.

The M/V CROSBY RAMBLER was owned, operated and controlled by defendant at all material times.

6.

The Harvey Canal was a navigable waterway at all material times.

7.

The aforesaid casualty and resultant severe, painful injuries to plaintiff were caused by the negligence of the defendant.

8.

As a result of the aforedescribed casualty, plaintiff has suffered lost wages, an impaired wage earning capacity, past, present and future physical and mental pain and suffering, loss of enjoyment of life and lifestyle, temporary and permanent physical disability and scarring and required medical treatment and care.

9.

Jurisdiction of this cause of action against the defendant is based upon the general maritime law of the United States.

**AND FOR A SECOND CAUSE OF ACTION**

Plaintiff reavers and realleges each and every allegation of fact and law previously pled herein as if repled in its entirety.

10.

At all material times, Tracey Matthiews was the lawful spouse of Troy Matthiews.

11.

As a result of the casualty described herein and her husband's injuries, Tracey Matthiews has suffered loss of consortium, society and support for which losses she is entitled to damages in an amount to be determined by this Honorable Court.

12.

Jurisdiction of this cause of action against the defendant is based upon the general maritime law of the United States.

WHEREFORE, plaintiffs, Troy Matthiews and his wife Tracey Matthiews, pray for judgment in their favor against defendant, Crosby Tugs, LLC, for compensatory damages in an amount reasonable under the circumstances of this cause, for costs and legal interest on those amounts for which plaintiffs are entitled to obtain legal interest and for any additional, general and equitable relief as the law and the facts of this cause may require and permit.

Respectfully submitted,

/s David A. Abramson
DAVID A. ABRAMSON (#21435)
BETH E. ABRAMSON (#27350)
Lewis, Kullman, Sterbcow & Abramson
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Tel: (504) 588-1500
Fax: (504) 588-1514
Abramson@lksalaw.com
Babramson@lksalaw.com

and

PAUL M. BRANNON (#22269)
Brannon Law Firm, L.L.C.
4916 Lake Como Avenue
Metairie, Louisiana 70006
Direct: (504) 430-1401
Fax: (504) 456-7166
PMB@BrannonLawFirm.com

Attorneys for the Plaintiffs

PLEASE SERVE:
**CROSBY TUGS, LLC**
Through its registered agent:
Kurt J. Crosby
17771 Highway 3235
Galliano, LA 70354