UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TROY MATTHIEWS | CIVIL ACTION |
| VERSUS | NO. 15-5985 |
| CROSBY TUGS, LLC | SECTION “R” (5) |

# JUDGMENT

Considering the Court’s Findings of Fact and Conclusions of Law on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of the defendant, Crosby Tugs, LLC and against plaintiff dismissing plaintiff’s complaint.

New Orleans, Louisiana, this _9th__ day of December, 2016.

Sarah Vance
_____________________
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE